IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| JASON SINGELTON and TONY COOPER, individually and on behalf of all others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>ELEPHANT INSURANCE COMPANY,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 6:19-CV-00200-ADA<br><br>CLASS ACTION |

### FINAL JUDGMENT

Before the Court is the above-entitled cause of action. In accordance with the Court's Order granting Defendant's Rule 12(b)(6) Motion to Dismiss, the Court enters its judgment as follows: It is **ORDERED** that that Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. It is **FURTHER ORDERED** that any relief not specifically granted in this Final Judgment is **DENIED**. It is **FINALLY ORDERED** that this case is closed.

**SIGNED** this 10th day of May 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE